UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE BOOTH and BRADLEY CONVERSE, JR. individually and as next friends of K.C., a minor<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | No. 2:19-cv-01612-KJM-CKD<br><br>**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER** |

    Plaintiffs Renee Booth and Bradley Converse, Jr., individually and as next friends of K.C., a minor, and Defendant the United States agree to adjust the case schedule as follows and respectfully request that the Court modify the scheduling order accordingly. This stipulation is based on good cause as set forth below.

    The initial scheduling conference in this case was held on January 16, 2020, and the parties agreed to a schedule prior to the Covid-19 pandemic. Since that time, Plaintiffs' counsel has been working remotely since March 11, 2020 and has conducted all law firm activity virtually. Defendant's counsel has also been working remotely (as have most United States Attorney's Office attorneys and staff) since mid-March 2020. Many attorneys and staff for federal agencies have also been working remotely. This has caused delays in acquisition and production of documents.

1

The pandemic has impacted Plaintiff K.C.'s summer visitation schedule with his father, Bradley Converse, Jr. Due to the pandemic, his scheduled visitation began earlier than anticipated, and lasted longer than normal due to the postponement of school resuming. Plaintiffs' counsel previously scheduled K.C. to be evaluated by an expert witness, a neuropsychologist, in July 2020. Due to visitation scheduling changes, this evaluation was postponed until August, then cancelled and rescheduled again in September. Other expert witnesses tasked with projecting K.C.'s future medical needs are waiting to finalize their reports until the neuropsychological evaluation is complete.

Given the combination of lack of travel options, virtual law firm operations and changes to K.C.'s schedule due to the pandemic, Plaintiffs' counsel approached Defendant's counsel about the extension of several discovery deadlines to allow the parties to timely complete discovery. The parties have reached an agreement on new deadlines and request that the Court modify the schedule as follows to allow adequate time for the parties to properly evaluate the case.

| **Event** | **Current Date** | **Proposed New Date** |
|---|---|---|
| Fact Discovery Cut Off | 9/18/20 | **11/20/20** |
| Plaintiff Expert Disclosure | 9/25/20 | **12/4/20** |
| US Expert Disclosure | 10/30/20 | **1/15/21** |
| Rebuttal Expert Disclosure | 11/13/20 | **1/29/21** |
| Expert Discovery Cut Off | 2/5/21 | **4/30/21** |
| Dispositive Motion Hearing by | 4/16/21 | **7/9/21** |

Respectfully Submitted,

Dated:  September 14, 2020

By:  /s/ Laurie Higginbotham
Laurie Higginbotham, *pro hac vice*
Texas State Bar Number:  50511759
lhigginbotham@nationaltriallaw.com

Tom Jacob, *pro hac vice*
Texas State Bar Number: 24069981
tjacob@nationaltriallaw.com

David E. Smith, Local Counsel
Email: dsmith@smithzitanolaw.com

Attorneys for Plaintiffs

McGREGOR W. SCOTT
United States Attorney

Dated:  September 9, 2020          By: */s/Victoria L. Boesch (auth. 9/4/20)*
                                       VICTORIA L. BOESCH
                                       Assistant United States Attorney

Attorneys for the United States

---

**ORDER**

The Court modifies the schedule as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Fact Discovery Cut Off | 9/18/20 | **11/20/20** |
| Plaintiff Expert Disclosure | 9/25/20 | **12/4/20** |
| US Expert Disclosure | 10/30/20 | **1/15/21** |
| Rebuttal Expert Disclosure | 11/13/20 | **1/29/21** |
| Expert Discovery Cut Off | 2/5/21 | **4/30/21** |
| Dispositive Motion Hearing by | 4/16/21 | **7/16/21** |

DATED:  September 14, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE