IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE BOOTH, BRADLEY CONVERSE, K.C.,<br><br>                                   Plaintiffs,<br><br>            v.<br><br>UNITED STATES OF AMERICA,<br><br>                                   Defendant. | CASE NO.  2:19-cv-01612-KJM-CKD<br><br>**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER** |

Plaintiffs Renee Booth and Bradley Converse, Jr., individually and as next friends of K.C., a minor, and Defendant the United States agree to adjust the case schedule as follows and respectfully request that the Court modify the scheduling order accordingly.  This stipulation is based on good cause as set forth below.

The initial scheduling conference in this case was held on January 16, 2020, and the parties agreed to a schedule prior to the Covid-19 pandemic.  Since that time, the parties have experienced delays and difficulties related to the pandemic.  The parties therefore previously requested that the Court adjust the schedule to allow them more time for discovery, which it did.  Dkt. 15, 16.

The parties thereafter worked collaboratively to move discovery along, including by scheduling depositions during the first two weeks of November.  Because of a family medical emergency, counsel

for the United States unexpectedly now has to travel outside of the United States during those two weeks.  Accordingly, to adjust for this unforeseen circumstance, the parties have agreed to change the schedule as reflected below, and they respectfully request that the Court modify the scheduling order to do so.

| **Event** | **Current Date** | **Proposed New Date** |
|---|---|---|
| Fact Discovery Cut Off | 11/20/20 | **12/18/20** |
| Plaintiff Expert Disclosure | 12/4/20 | **1/8/21** |
| US Expert Disclosure | 1/15/21 | **2/19/21** |
| Rebuttal Expert Disclosure | 1/29/21 | **3/5/21** |
| Expert Discovery Cut Off | 4/30/21 | **6/4/21** |
| Dispositive Motion Hearing by | 7/16/21 | **8/20/20** |

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Dated:  October 19, 2020     By: */s/ Victoria L. Boesch*
VICTORIA L. BOESCH
Assistant United States Attorney

Attorneys for the United States

Dated:  October 19, 2020      */s/ Laurie Higginbotham (authorized* 10.19.20*)*
LAURIE HIGGINBOTHAM
Whitehurst, Harkness, Brees, Cheng, Alsaffar, Higginbotham, & Jacob, PLLC

Attorneys for Plaintiffs

/////

/////

/////

/////

/////

/////

/////

ORDER

The Court modifies the scheduling order as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Fact Discovery Cut Off | 11/20/20 | **12/18/20** |
| Plaintiff Expert Disclosure | 12/4/20 | **1/8/21** |
| US Expert Disclosure | 1/15/21 | **2/19/21** |
| Rebuttal Expert Disclosure | 1/29/21 | **3/5/21** |
| Expert Discovery Cut Off | 4/30/21 | **6/4/21** |
| Dispositive Motion Hearing by | 7/16/21 | **8/27/21** |

**IT IS SO ORDERED.**

DATED: October 28, 2020.

CHIEF UNITED STATES DISTRICT JUDGE