McGREGOR W. SCOTT
United States Attorney
VICTORIA L. BOESCH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
victoria.boesch@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE BOOTH and BRADLEY CONVERSE, JR. individually and as next friends of K.C., a minor<br><br>                    Plaintiffs,<br><br>         v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | CASE NO. 2:19-cv-01612-KJM-CKD<br><br>**STIPULATION AND ORDER FOR INDEPENDENT MEDICAL EXAMINATION PER FEDERAL RULE OF CIVIL PROCEDURE 35** |

      Plaintiffs Renee Booth and Bradley Converse, Jr., and Defendant the United States respectfully submit this stipulation and proposed order for an independent medical examination under Federal Rule of Civil Procedure 35, which provides that the court may order physical examination of a party whose physical condition is in controversy.

      The parties hereby stipulate that K.C. will present for an independent medical examination by Dr. Kimberly BeDell, M.D., and Miranda Van Horn, Life Care Planner, on January 27, 2021, at 11:00 a.m. by Zoom. The examination will be video recorded via Zoom. No staff or attorneys from the offices of Plaintiff's or Defendant's counsel will attend the examination.

Dated: January 24, 2021

                                                McGREGOR W. SCOTT
                                                United States Attorney

By:   */s/ Victoria L. Boesch*
        VICTORIA L. BOESCH
        Assistant United States Attorney

        Attorneys for Defendant
        United States of America


        */s/ Laurie Higginbotham (authorized 1/22/21)*
        LAURIE HIGGINBOTHAM
        Whitehurst, Harkness, Brees, Cheng, Alsaffar,
        Higginbotham, & Jacob, PLLC

        Attorneys for Plaintiffs

**IT IS SO ORDERED.**

Dated: January 28, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE