McGREGOR W. SCOTT
United States Attorney
VICTORIA L. BOESCH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
victoria.boesch@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE BOOTH, BRADLEY CONVERSE, K.C.,<br><br>                Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | CASE NO. 2:19-cv-01612-KJM-CKD<br><br>**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER** |

      Plaintiffs Renee Booth and Bradley Converse, Jr., individually and as next friends of K.C., a minor, and Defendant the United States agree to adjust the case schedule as follows and respectfully request that the Court modify the scheduling order accordingly. This stipulation is based on good cause as set forth below.

      The initial scheduling conference in this case was held on January 16, 2020, and the parties agreed to a schedule prior to the Covid-19 pandemic. Since that time, the parties have experienced delays and difficulties related to the pandemic, as well as a family medical emergency that caused unavailability of defense counsel. The parties therefore twice previously requested that the Court adjust the schedule to allow them more time for discovery, which it did. *See* Dkt. 15, 16, 17, 18, 19.

The parties have pursued discovery, taking depositions via videoconference to allow for social distancing under current pandemic conditions.  Plaintiff has also disclosed experts. Dkt. 20.  In order to respond to Plaintiff's expert reports, Defendant needs to have minor Plaintiff K.C. examined by a pediatric neurologist and a pediatric neuropsychologist.  These examinations have proved logistically difficult to coordinate because of restrictions related to the pandemic.  The parties are working together to schedule these examinations.  In addition, the parties wish to schedule a mediation to occur after the Defendant discloses experts, but before the parties incur the expenses associated with expert depositions, in order to try to resolve the case.  The parties have therefore formulated a schedule modification that allows time for both for the needed examinations and a mediation to follow shortly after defense expert disclosures.  The parties respectfully request that the Court modify the scheduling order as reflected below.

| Event | Current Date | Proposed New Date |
|---|---|---|
| US Expert Disclosure | 2/19/21 | **6/4/21** |
| Rebuttal Expert Disclosure | 3/5/21 | **6/18/21** |
| Expert Discovery Cut Off | 6/4/21 | **10/15/21** |
| Dispositive Motion Hearing by | 8/27/21 | **12/17/21** |

The parties have scheduled a private mediation with mediator Teresa Wakeen, Wakeen & Associates Mediation Services LLC on **July 6, 2021**.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Dated:  February 12, 2021         By: */s/ Victoria L. Boesch*
VICTORIA L. BOESCH
Assistant United States Attorney

Attorneys for the United States

Dated:  February 12, 2021          */s/ Laurie Higginbotham (authorized 2/12/21)*
LAURIE HIGGINBOTHAM
Whitehurst, Harkness, Brees, Cheng, Alsaffar, Higginbotham, & Jacob, PLLC

Attorneys for Plaintiffs

STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL SCHEDULING ORDER
PAGE 2

**IT IS SO ORDERED.**

DATED: February 18, 2021

_____
CHIEF UNITED STATES DISTRICT JUDGE