UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE BOOTH, BRADLEY CONVERSE, K.C.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 2:19-cv-01612-KJM-CKD<br><br>AMENDMENT TO THE SCHEDULING ORDER |

The parties jointly request (ECF No. 25) to amend dates in the pretrial scheduling order (ECF No. 24). Good cause appearing, the court GRANTS this request, as follows:

| Description | Existing Date | New Date |
|---|---|---|
| US Expert Disclosure | June 4, 2021 | July 16, 2021 |
| Rebuttal Expert Disclosure | June 18, 2021 | July 30, 2021 |
| Expert Discovery Cutoff | October 15, 2021 | November 26, 2021 |
| Dispositive Motion Hearing By | December 17, 2021 | February 11, 2022 |

This amendment does not alter any other portions of the initial scheduling order (ECF No. 14).

IT IS SO ORDERED.

DATED: March 10, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE