1 PHILLIP A. TALBERT
Acting United States Attorney
2 VICTORIA L. BOESCH
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5 victoria.boesch@usdoj.gov

6 Attorneys for the United States

7 IN THE UNITED STATES DISTRICT COURT

8 EASTERN DISTRICT OF CALIFORNIA

10 RENEE BOOTH and BRADLEY CONVERSE, JR. individually and as next friends of K.C., a minor

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

CASE NO. 2:19-cv-01612-KJM-CKD

**STIPULATION AND ORDER FOR INDEPENDENT MEDICAL EXAMINATIONS PER FEDERAL RULE OF CIVIL PROCEDURE 35**

18 Plaintiffs Renee Booth and Bradley Converse, Jr., and Defendant the United States respectfully submit this stipulation and proposed order for two independent medical examinations under Federal Rule of Civil Procedure 35, which provides that the court may order physical examination of a party whose physical condition is in controversy.

22 The parties hereby stipulate that K.C. will present for independent medical examinations by Dr. Robert M. Gray, pediatric neuropsychologist, at 9:00 a.m. and by Dr. William A. Weiss, pediatric neurologist, at 2 p.m. on May 28, 2021, at 1800 Sullivan Avenue, Room 606, Daly City, CA 94105. No staff or attorneys from the offices of Plaintiff's or Defendant's counsel will attend the examinations.

////

////

////

Dated: May 11, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By: */s/ Victoria L. Boesch*
VICTORIA L. BOESCH
Assistant United States Attorney

Attorneys for Defendant
United States of America


*/s/ Laurie Higginbotham (authorized 5/11/21)*
LAURIE HIGGINBOTHAM
Whitehurst, Harkness, Brees, Cheng, Alsaffar, Higginbotham, & Jacob, PLLC

Attorneys for Plaintiffs

**IT IS SO ORDERED.**

Dated: May 13, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.Booth19cv1612.IME