PHILLIP A. TALBERT
Acting United States Attorney
VICTORIA L. BOESCH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE BOOTH, BRADLEY CONVERSE, K.C.,<br><br>                    Plaintiffs,<br><br>         v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | CASE NO.  2:19-cv-01612-KJM-CKD<br><br>**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER** |

    Plaintiffs Renee Booth and Bradley Converse, Jr., individually and as next friends of K.C., a minor, and Defendant the United States agree to adjust the case schedule as follows and respectfully request that the Court modify the scheduling order accordingly.  This stipulation is based on good cause as set forth below.

    The initial scheduling conference in this case was held on January 16, 2020, and the parties agreed to a schedule prior to the Covid-19 pandemic.  Since that time, the parties have experienced delays and difficulties related to the pandemic, as well as a family medical emergency that caused unavailability of defense counsel.  The parties therefore made several previous requests that the Court adjust the schedule to allow them more time for discovery, which it did.  *See* Dkt. 15, 16, 17, 18, 19, 23, 24, 25, 26.

    The parties then pursued discovery, taking depositions via videoconference to allow for social distancing under current pandemic conditions.  Plaintiff and Defendant have disclosed experts, with

some delay before the Defendant could do so caused by public health restrictions that prevented in-person medical examinations of the Plaintiff for some time.  The parties also engaged in a mediation in early August, after which they determined that expert depositions were necessary.  They have now completed some expert depositions, but others had to be rescheduled due to the death of defense counsel's mother.

Because of the need to reschedule those expert depositions, the parties respectfully request that the Court modify the scheduling order to adjust the schedule to allow additional time for expert discovery as reflected below.

| Event | Current Date | Proposed New Date |
|---|---|---|
| Expert Discovery Cut Off | 11/26/21 | **1/28/22** |
| Dispositive Motion Hearing by | 2/11/22 | **3/25/22** |

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

Dated:  November 16, 2021

By: */s/ Victoria L. Boesch*
VICTORIA L. BOESCH
Assistant United States Attorney
Attorneys for the United States

Dated:  November 16, 2021

 */s/ Laurie Higginbotham (authorized 11/16/21)*
LAURIE HIGGINBOTHAM
Whitehurst, Harkness, Brees, Cheng, Alsaffar, Higginbotham, & Jacob, PLLC
Attorneys for Plaintiffs

**IT IS SO ORDERED.**  The Court modifies the scheduling order as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Expert Discovery Cut Off | 11/26/21 | **1/28/22** |
| Dispositive Motion Hearing by | 2/11/22 | **3/25/22** |

DATED:  November 18, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE