David E. Smith
Smith Zitano Law Firm
641 Fulton Avenue, Suite 200
San Diego, California 95285
Telephone: 916-333-5933
Facsimile: 916-333-5338

LAURIE HIGGINBOTHAM, *pro hac vice*
Texas State Bar Number: 50511759
TOM JACOB, *pro hac vice*
Texas State Bar Number: 24069981
Whitehurst, Harkness, Brees, Cheng, Alsaffar, Higginbotham, & Jacob, PLLC
1114 Lost Creek Blvd., Ste. 410
Austin, Texas 78746
Telephone: 512-476-4346
Facsimile: 512-476-4400

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE BOOTH and BRADLEY CONVERSE, JR. individually and as next friends of K.C., a minor<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | No. 2:19-cv-01612-KJM-CKD<br><br>**NOTICE OF UNOPPOSED MOTION TO APPOINT GUARDIAN AD LITEM**<br><br>**Date: October 7, 2022**<br>**Time: 10:00 AM**<br>**Ctrm: 3, 15th Floor**<br>**Judge: Hon. Kimberly J. Mueller** |

Plaintiffs request the Court appoint Chip Evans, Evans & Herlihy Law Firm, 4407 Bee Caves Rd., Suite 611, Austin, TX 78746 as guardian ad litem for minor child K.C., for the limited purpose of reviewing a settlement agreement affecting the resolution of this case and ensuring no conflict of interest exists.

Unopposed Motion to Appoint
Guardian ad Litem                              1

# BACKGROUND

This is a medical malpractice case. It is alleged that K.C. suffered severe and irreversible injury as a result of substandard and negligent hospital care at a Government facility. His parents, Renee Booth and Bradley Converse, filed this lawsuit individually and on behalf of K.C.

The Parties to this lawsuit reached a proposed settlement in February 2022 that requires the Court's approval prior to review and decision by the Attorney General or his designee. Because K.C. is a minor child, Plaintiffs requested that the Court appoint a guardian ad litem to protect the interests of K.C. for the limited purpose of reviewing the settlement agreement and determining that this settlement is in K.C.'s best interest. The Court reviewed Plaintiffs' motion without a hearing and denied Plaintiffs' motion without prejudice on the basis that the Court wanted more information about Mr. Evans' qualifications.

Plaintiffs have attached Mr. Evans' Declaration as Exhibit 1 to this filing. Mr. Evans is Board Certified in Personal Injury Trial Law by the Texas Board of Legal Specialization.  He is a member of the American Board of Trial Advocates.  He has represented over 5,000 people in claims and lawsuits and have tried over 60 cases to a jury.  He is admitted to the State Bar of Texas, the State Bar of Colorado, and the State Bar of Arizona and in good standing with all three bar associations. Additionally, he is admitted to practice in the Federal courts of the Northern, Southern, and Western Districts of Texas and has been admitted on a pro hac vice basis in Nevada Federal Courts.

Mr. Evans has been appointed Guardian Ad Litem by courts approximately 150-200 times during his career.  Of these appointments, approximately 20 of

them have been in Federal Tort Claims Act cases. In the last year, he served as a Guardian Ad Litem in the following FTCA cases:

1) Miller v. USA (Cause No. 2:19-CV-01293-APG-VCF, Nevada)
2) Elliot v. USA (Cause No. 1:19-CV-00427-LY, W.D. Texas)
3) Gibson v. USA (Cause No. 1:18-CV-626-RP, W.D. Texas)

He has never been disciplined by any Bar Association nor had a complaint lodged against him by any client in the past.

**ANALYSIS**

Under Fed. R. Civ. P. 17(c), the Court may appoint a guardian ad litem where the Court believes the appointment to be in the best interest of a minor or disabled individual. *Scannavino v. Fla. Dep't of Corrections*, 242 F.R.D. 662, 666-67 (M.D. Fla. 2007). The Court has "broad discretion to fashion appropriate safeguards to protect the interests of incompetent persons and to decide whether to appoint a guardian ad litem under Rule 17(c)." *J.B. v. Banning Unified Sch. List.*, No. EDCV 18-2134-JGB, 2018 WL 6164312, at *1 (C.D. Cal. Oct. 18, 2018).

Here, both parents are parties. As a term of settlement, the United States requires Plaintiffs to obtain court approval of the settlement. An independent guardian ad litem will help the Court determine whether the settlement is within the best interests of the minor child.

Plaintiffs request the Court appoint Chip Evans, Evans & Herlihy Law Firm, 4407 Bee Caves Rd., Suite 611, Austin, TX 78746, as an appropriate guardian ad litem for K.C. Plaintiffs have conferred with the United States, and they do not oppose this appointment. Mr. Evans is an attorney and has considerable experience in serving as guardian for these types of cases. He is also board certified by the Texas Board of Legal Specialization. Mr. Evans' qualifications are further detailed in

his Declaration, Exhibit 1. Given the minor child's substantial future medical needs, it is important to provide a guardian ad litem who understands those needs and services particular to these minor personal injury cases. Plaintiffs contacted Mr. Evans and he is willing to accept this appointment as guardian ad litem, should the Court approve this motion.

## CONCLUSION

Plaintiffs request that the Court appoint Chip Evans as guardian ad litem to review the settlement in the above styled case and report to the Court on his review. Although Plaintiffs have noticed this for October 7, 2022, Plaintiffs respectfully request that the Court again forgo a hearing on this matter, or alternatively have a hearing by Zoom as soon as possible so that Mr. Evans can review the case and report to the Court on the settlement. It is Plaintiffs' understanding that as this is a condition of settlement by the Department of Justice, DOJ Torts Branch will not even review the case to approve the settlement until this step is taken, and likewise, the case will not be in line for funding with the Department of Treasury until these steps are taken. The Plaintiffs respectfully request that the Court not wait another month for a hearing on this unopposed motion, and expeditiously appoint Mr. Evans as guardian ad litem.

Respectfully Submitted,

Dated:  September 6, 2022

By: /s/ Laurie Higginbotham
Laurie Higginbotham, *pro hac vice*
Texas State Bar Number:  50511759
lhigginbotham@nationaltriallaw.com

Tom Jacob, *pro hac vice*

Unopposed Motion to Appoint Guardian ad Litem

4

Texas State Bar Number: 24069981
tjacob@nationaltriallaw.com

David E. Smith, Local Counsel
Email: dsmith@smithzitanolaw.com

Attorneys for Plaintiffs

**IT IS SO ORDERED.**

DATED: _____

_____
HON. KIMBERLY J. MUELLER
UNITED STATES DISTRICT JUDGE