David E. Smith
Smith Zitano Law Firm
641 Fulton Avenue, Suite 200
San Diego, California 95285
Telephone: 916-333-5933
Facsimile: 916-333-5338

LAURIE HIGGINBOTHAM, *pro hac vice*
Texas State Bar Number: 50511759
TOM JACOB, *pro hac vice*
Texas State Bar Number: 24069981
Whitehurst, Harkness, Brees, Cheng, Alsaffar, Higginbotham, & Jacob, PLLC
1114 Lost Creek Blvd., Ste. 410
Austin, Texas 78746
Telephone: 512-476-4346
Facsimile: 512-476-4400

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE BOOTH and BRADLEY CONVERSE, JR. individually and as next friends of K.C., a minor<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | No. 2:19-cv-01612-KJM-CKD<br><br>**DECLARATION OF WALTER P. "CHIP" EVANS, IV** |

I, Walter P. "Chip" Evans, IV, state and declare as follows:

1. I submit this declaration in connection with Plaintiffs' Unopposed Motion to Appoint Guardian Ad Litem in this case. I make this declaration based upon my personal knowledge, and from records and information presently available

Declaration – Walter P. "Chip" Evans, IV    1

to me.

2. My name is Walter P. "Chip" Evans, IV. I am a personal injury lawyer in Austin, Texas. I have represented exclusively Plaintiffs since 1998. I am Board Certified in Personal Injury Trial Law by the Texas Board of Legal Specialization. I am also a member of the American Board of Trial Advocates. I have represented over 5,000 people in claims and lawsuits and have tried over 60 cases to a jury. I am admitted to the State Bar of Texas, the State Bar of Colorado, and the State Bar of Arizona. My membership is in good standing with all three bar associations. Additionally, I am admitted to practice in the Federal courts of the Northern, Southern, and Western Districts of Texas. I have also been admitted on a pro hac vice basis in Nevada Federal Courts.

3. The matters I have handled as lead counsel include car and truck accidents, general negligence personal injury matters, aviation crashes, civil rights cases and medical malpractice cases. I also have routinely served as Guardian Ad Litem throughout my career. I have been in this role approximately 150-200 times during my career. Of these appointments, approximately 20 of them have been in Federal Tort Claims Act cases. Specifically, in the last year I have served as a Guardian Ad Litem in the following FTCA cases:

1) Miller v. USA (Cause No. 2:19-CV-01293-APG-VCF, Nevada)
2) Elliot v. USA (Cause No. 1:19-CV-00427-LY, W.D. Texas)
3) Gibson v. USA (Cause No. 1:18-CV-626-RP, W.D. Texas)

4. I have never been disciplined by any Bar Association nor have I had a complaint lodged against by me by any client in the past.

Declaration – Walter P. "Chip" Evans, IV                    2

5. If appointed, I would consent to the jurisdiction of the Courts of California and all applicable Disciplinary Boards of California with respect to the law of this state and the governing conduct of attorneys to the same extent as a member of the State Bar of California.

6. If appointed, I agree to comply with all of the professional standards required of members of the Bar of this Court.

7. I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

Dated: September 6, 2022        By: /s/ Walter P. "Chip" Evans, IV
                                Walter P. "Chip" Evans, IV
                                Evans & Herlihy Law Firm
                                4407 Bee Caves Rd.
                                Suite 611
                                Austin, TX 78746
                                512-732-2727
                                512-732-2731 (fax)
                                Email: chip@evanstxlaw.com

Declaration – Walter P. "Chip" Evans, IV            3