UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Renee Booth, et al., | No. 2:19-cv-01612-KJM-CKD |
| Plaintiffs, | ORDER |
| v. | |
| United States of America, | |
| Defendants. | |

The unopposed motion (ECF No. 36) to appoint Walter P. "Chip" Evans, IV as guardian *ad litem* for the minor child K.C. for the limited purpose of reviewing the proposed settlement agreement is **granted**. *See* Fed. R. Civ. P. 17(c)(2).

IT IS SO ORDERED.

DATED:  September 15, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

1