David E. Smith
Smith Zitano Law Firm
641 Fulton Avenue, Suite 200
San Diego, California 95285
Telephone: 916-333-5933
Facsimile: 916-333-5338

LAURIE HIGGINBOTHAM, *pro hac vice*
Texas State Bar Number: 50511759
TOM JACOB, *pro hac vice*
Texas State Bar Number: 24069981
Whitehurst, Harkness, Brees, Cheng, Alsaffar, Higginbotham, & Jacob, PLLC
1114 Lost Creek Blvd., Ste. 410
Austin, Texas 78746
Telephone: 512-476-4346
Facsimile: 512-476-4400

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE BOOTH and BRADLEY CONVERSE, JR. individually and as next friends of K.C., a minor<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 2:19-cv-01612-KJM-CKD<br><br>**ORDER APPROVING MINOR SETTLEMENT** |

On December 9, 2022, the above-captioned matter came on for hearing and

approval by the Court as to the reasonableness of a settlement between

Plaintiffs K.C.,[1] by his natural guardians and parents Renee Booth and Bradley Converse, Jr., individually and as next friends of the minor K.C., (collectively, "Plaintiffs"), and Defendant the United States of America (the "United States").

1.  The complete and precise terms and conditions of the settlement are set forth in the Stipulation for Compromise Settlement and Release (hereinafter "Stipulation"), attached as **Exhibit A**.  The Court has reviewed the Stipulation, Plaintiffs' motion for approval of the settlement, and the documents submitted in support of the motion, and heard Plaintiffs' arguments in favor of this settlement.  The Court is fully informed of the specifics of the full and final terms and conditions of the settlement.  The Court finds that the terms and conditions of this settlement, as set forth in the Stipulation, are fair, reasonable, and in the best interests of K.C., a minor.  The Court further finds that the terms and conditions of this settlement, as set forth in the Stipulation, satisfy the reasonableness requirements set forth in *Robidoux v. Rosengren*, 638 F.3d 1177 (9th Cir. 2011).

2.  IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the settlement, as set forth in Exhibit A, is hereby approved.  It

---

[1] Pursuant to Local Rule 6-1(a) of the Federal Rules of Civil Procedure, the infant plaintiff is identified herein only by his initials.

Proposed Order Approving Minor Settlement      2

is further ordered that Renee Booth and Bradley Converse, Jr., as mother and father and natural guardians, are authorized and required to sign any documents that are necessary to consummate this settlement on behalf of K.C., a minor.  It is further ordered that Renee Booth and Bradley Converse, Jr., as mother and father and natural guardians, are guardian of the property of K.C., a minor, for purposes of receiving funds on his behalf under the Stipulation and this Order.

    3.    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the settlement amount of $3,000,000.00 (hereinafter "Settlement Amount") shall be distributed according to the terms and conditions of the Stipulation.

    4.    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Guardian Ad Litem fees of Walter P. "Chip" Evans, IV in the amount of $3,000.00 are approved and taxes as costs to Plaintiffs.

    5.    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that attorney's fees for Whitehurst, Harkness, Brees, Cheng, Alsaffar, Higginbotham & Jacob, PLLC  in this action shall be set at an amount not exceeding 25% of the Settlement Amount, and shall be paid as provided in the Stipulation. The Court finds that the reimbursable costs and expenses associated with the litigation are approximately $149,047.69 and that such costs and expenses are fair, reasonable, and necessary, understanding that there may be some additional reasonable and necessary costs associated with the finalization and

disbursement of these funds after the entry of this Order. It is hereby ordered that such costs and expenses are approved and are to be paid as provided in the Stipulation.

**IT IS SO ORDERED.**

DATED: January 11, 2023

_____
CHIEF UNITED STATES DISTRICT JUDGE